UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:
See Attached List

Case No.: _____

Chapter: _____

Judge: _____

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a previously listed creditor must use the court's local form, *Amendment to Schedule D, E, F, G, H or List of Creditors*.

Party's name/type: _____
(Example: John Smith, creditor)

       Old address: _____
                            _____
                            _____

       New address: _____
                            _____
                            _____

       New phone no.:_____ (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _____          _____
                                                    Signature
                                                    Becket & Lee LLP

*rev.8/1/15*

| BKY DBTR1 | BKY DBTR2 | Court | Case Number | CLM AMT | CRT CLM# |
|---|---|---|---|---:|---:|
| SMITH, DEBORAH F | SMITH SR, ALFRED H | NJOTR | 10-48225 | $2,526.37 | 31 |
| RAMOS, VILMA | | NJOTR | 10-48293 | $2,321.34 | 12 |
| RABIZADEH, MOHAMMAD | RABIZADEH, AZZAM | NJOTR | 10-48749 | $247.77 | 7 |
| BERNHARD, HOPE D | | NJOTR | 10-50005 | $2,181.75 | 7 |
| BARTLETT, AMY | BARTLETT, RICHARD R | NJOTR | 11-10384 | $2,075.25 | 20 |
| BERHALTER, ERIN LYNN | BERHALTER, JASON MICHAEL | NJOTR | 11-10384 | $5,260.01 | 5 |
| LIONG, IRMA RUEDAS | LIONG, VERTOCIO CUBILLAN | NJOTR | 11-12291 | $1,652.44 | 13 |
| GROTHUES, HOLLI K | GROTHUES, GARY F | NJOTR | 11-13693 | $2,176.91 | 17 |
| SANTIAGO, DYMPHNA | | NJOTR | 11-15371 | $3,803.38 | 9 |
| SMITH, ROBIN K | | NJOTR | 11-16221 | $738.32 | 10 |
| COLLINS, DENISE ANN | COLLINS JR, ALBERT VINCENT | NJOTR | 11-16257 | $765.58 | 28 |
| COLLINS, DENISE ANN | COLLINS JR, ALBERT VINCENT | NJOTR | 11-16257 | $2,934.37 | 26 |
| DEMAYO, RONALD | | NJOTR | 11-16398 | $12,054.64 | 9 |
| DEMAYO, RONALD | | NJOTR | 11-16398 | $4,797.95 | 10 |
| CAMILO, IRMA | | NJOTR | 11-16760 | $1,244.64 | 11 |
| TILLIS, ROBERT | TILLIS, NADINE | NJOTR | 11-18206 | $812.57 | 34 |
| GRACI, VERNA | GRACI, JOSEPH | NJOTR | 11-24748 | $763.94 | 32 |
| GRACI, VERNA | GRACI, JOSEPH | NJOTR | 11-24748 | $1,701.26 | 31 |
| SANCHEZ, MARIA P. | | NJOTR | 11-24991 | $472.05 | 38 |
| ROBINSON, PATRCIA | ROBINSON, PATRICK | NJOTR | 11-25452 | $1,160.29 | 31 |
| BRANTLEY, ROBERT J | BRANTLEY, TINA | NJOTR | 11-25479 | $2,841.60 | 24 |
| PARADISE- ZITANI, VIRGINIA | ZITANI, CHRISTIAN P. | NJOTR | 11-25479 | $5,069.47 | 17 |
| CLARK, MONICA E | CLARK, RYAN A | NJOTR | 11-28428 | $1,047.06 | 19 |
| DEGRUSHE, SUSAN A. | DEGRUSHE, MICHAEL J. | NJOTR | 11-28463 | $3,233.26 | 26 |
| RICHARDS, ANTHONY E | MCRAE-RICHARDS, SONYA | NJOTR | 11-28959 | $295.82 | 16 |
| LENGYEL, SANDOR | LENGYEL, PATRICIA | NJOTR | 11-30204 | $1,497.51 | 27 |
| REED, OPERITA R | | NJOTR | 11-31264 | $2,706.37 | 7 |
| REED, OPERITA R | | NJOTR | 11-31264 | $1,505.55 | 8 |
| DELUCA, VICTORIA | DELUCA, ROBERT J. | NJOTR | 11-31284 | $798.65 | 19 |
| AWAD, NADER | | NJOTR | 11-31411 | $2,031.35 | 10 |
| HEMMINGWAY, DAVID | HEMMINGWAY, CHRISTINE B | NJOTR | 11-31647 | $1,763.82 | 11 |
| BROOKS, MARVIN | | NJOTR | 11-31917 | $5,256.34 | 9 |
| REID, KATHLEEN J | | NJOTR | 11-31933 | $490.84 | 18 |
| BARTONE, JEFFREY | BARTONE, RITA | NJOTR | 11-33056 | $2,473.75 | 34 |
| DIPIETRO, JODI | | NJOTR | 11-33200 | $385.20 | 12 |
| DIPIETRO, JODI | | NJOTR | 11-33200 | $1,135.24 | 13 |
| BOCHENEK, RANDY S | | NJOTR | 11-33637 | $384.53 | 9 |
| PACCIONE, MICHAEL | PACCIONE, DONNA M. | NJOTR | 11-33975 | $579.09 | 32 |
| PACCIONE, MICHAEL | PACCIONE, DONNA M. | NJOTR | 11-33975 | $996.24 | 33 |
| PADULA, JULIE A | | NJOTR | 11-34350 | $627.61 | 12 |
| PADULA, JULIE A | | NJOTR | 11-34350 | $3,665.73 | 13 |
| ZAJAC, TERESA E | ZAJAC, JEFFREY M | NJOTR | 11-34351 | $1,488.46 | 15 |
| QUILLAMOR, SONY | QUILLAMOR, JOSUE | NJOTR | 11-36075 | $3,028.35 | 32 |
| QUILLAMOR, SONY | QUILLAMOR, JOSUE | NJOTR | 11-36075 | $131.44 | 30 |
| WEBB, DIANE | | NJOTR | 11-36549 | $965.33 | 12 |
| GUZMAN, MAGALY | | NJOTR | 11-36827 | $1,511.66 | 23 |

| Debtor 1 | Debtor 2 | Type | Case No. | Amount | Cl# |
|---|---|---|---|---:|---:|
| FERRANO, DREUX | FERRANO, MAYO | NJOTR | 11-38057 | $648.11 | 25 |
| BARBER, JACQUELINE | | NJOTR | 11-38059 | $2,473.93 | 15 |
| MATTHIUS, LINDA A. | MATTHIUS, ROBERT | NJOTR | 11-38728 | $107.12 | 24 |
| SULLIVAN, JOHN A | SULLIVAN, DONNA L | NJOTR | 11-38855 | $1,236.03 | 20 |
| SULLIVAN, JOHN A | SULLIVAN, DONNA L | NJOTR | 11-38855 | $7,269.71 | 21 |
| JAMES, ANTHONY L | | NJOTR | 11-39117 | $2,314.93 | 7 |
| AGUILAR, RUBEN | AGUILAR, ROSA | NJOTR | 11-40605 | $2,228.07 | 18 |
| RINELLI, PAMELA | RINELLI, MICHAEL | NJOTR | 11-40716 | $4,302.45 | 28 |
| MAZZOLA, JANICE | MAZZOLA, LOUIS | NJOTR | 11-41584 | $1,098.70 | 13 |
| GUERRIERI, PAUL M | | NJOTR | 11-42028 | $2,882.59 | 10 |
| GUERRIERI, PAUL M | | NJOTR | 11-42028 | $1,301.44 | 9 |
| GUERRIERI, PAUL M | | NJOTR | 11-42028 | $314.78 | 11 |
| BEASLEY, AGNES S | | NJOTR | 11-42725 | $552.06 | 11 |
| CIRILLO, JOHN J | CIRILLO, LISA M | NJOTR | 11-42803 | $4,135.56 | 12 |
| BURT, DOLORES | | NJOTR | 11-43159 | $1,362.65 | 14 |
| HUNTINGTON, CYNTHIA A | HUNTINGTON JR., ROBERT F. | NJOTR | 11-43194 | $336.11 | 13 |
| SCHLEY, DIANNA I | | NJOTR | 11-43214 | $875.17 | 6 |
| CAIAFA, INESSA | CAIAFA, GREGORY | NJOTR | 11-43410 | $3,052.38 | 18 |
| HARRIS, YVETTE | HARRIS, KTONE | NJOTR | 11-44475 | $3,619.69 | 17 |
| JOHNSTON, ELIZABETH E | JOHNSTON III, JOHN KENNETH | NJOTR | 11-44674 | $2,594.86 | 7 |
| CANTILLO, JACK E. | CANTILLO, ELISA A. | NJOTR | 11-45178 | $2,740.32 | 20 |
| WILCOX, ROSEMARIE | | NJOTR | 11-45435 | $2,544.85 | 13 |
| SCHWARTZ, EUGENE | SCHWARTZ, DONNA | NJOTR | 11-45654 | $971.38 | 14 |
| ALENCEWICZ, IRENE GRACE | | NJOTR | 11-46069 | $720.28 | 7 |
| COLEMAN, KATHLEEN ANN | COLEMAN, CECIL HAZLETT | NJOTR | 12-10078 | $721.20 | 15 |
| MASSAGLI, MICHAEL | | NJOTR | 12-10440 | $2,525.56 | 16 |
| FREESTONE, ERNEST J | | NJOTR | 12-10629 | $1,071.45 | 5 |
| MCGUIRE, PATRICK J | | NJOTR | 12-11481 | $2,883.40 | 3 |
| MCDONNELL, ANGELIKA M. | MCDONNELL, PAUL T. | NJOTR | 12-11523 | $3,249.62 | 8 |
| PRUCKOWSKI, PAUL F | PRUCKOWSKI, KELLY E. | NJOTR | 12-11542 | $200.00 | 22 |
| JONES, GREGORY N | | NJOTR | 12-11905 | $1,991.36 | 8 |
| ROBLES, JAIMES | | NJOTR | 12-12016 | $2,222.99 | 7 |
| KELTON, FRANCINE | | NJOTR | 12-13121 | $419.25 | 13 |
| KELTON, FRANCINE | | NJOTR | 12-13121 | $455.02 | 12 |
| HANSON, GLORIA M | | NJOTR | 12-13299 | $608.42 | 14 |
| RAUCH, ELISA HELEN | RAUCH, THOMAS RICHARD | NJOTR | 12-13338 | $1,929.98 | 26 |
| CLEMENTE, ANGELINA | | NJOTR | 12-13517 | $3,597.14 | 3 |
| BILINSKI JR., GREGORY M | LAMATINO-BILINSKI, RANDI | NJOTR | 12-13526 | $8,805.57 | 20 |
| SCIPIONE, MARIA | | NJOTR | 12-13993 | $1,118.38 | 15 |
| BERMEJO, GEMMA GALINDO | | NJOTR | 12-14064 | $350.93 | 9 |
| DE LORENZO, MARLENE | DE LORENZO, ERNEST FRANK | NJOTR | 12-14993 | $589.54 | 9 |
| BARNES, SHANNON | | NJOTR | 12-15507 | $3,950.36 | 14 |
| SHADER, MARGARET | | NJOTR | 12-15540 | $2,967.93 | 20 |
| MEHALIK, FRANCIS | MEHALIK, HELEN SUE | NJOTR | 12-15983 | $1,962.26 | 6 |
| LINANE, JOHN | LINANE, KIMBERLY | NJOTR | 12-16200 | $1,531.94 | 10 |
| MOTUSESKY, BRIAN MICHAEL | MOTUSESKY, LINDSAY ANNE | NJOTR | 12-16264 | $404.31 | 9 |
| GUNTER, AUDREY | | NJOTR | 12-16717 | $3,678.26 | 19 |

| | | | | | |
|---|---|---|---|---|---|
| GIORDANO-RUTTER, LESLIE M | | NJOTR | 12-17126 | $159.28 | 5 |
| STEPNOSKY, RICHARD MARTIN | | NJOTR | 12-18216 | $1,036.66 | 20 |
| LICASTRO, JOSEPH LAWRENCE | | NJOTR | 12-18553 | $1,187.31 | 10 |
| JESSUP, KENNETH E | JESSUP, JOANNE | NJOTR | 12-18674 | $1,583.31 | 14 |
| CLARK, STEVEN | CLARK, MARIA | NJOTR | 12-18923 | $134.31 | 6 |
| LEVITT, STANLEY | LEVITT, SVETLANA | NJOTR | 12-18957 | $378.75 | 25 |

*Notice Address and Payment Address