Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 11−24991−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria P. Sanchez
   36 Walter Drive
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−8624

Employer's Tax I.D. No.:

---

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

   You are hereby notified that the above−named case will be closed without entry of discharge on or after August 29, 2016 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: July 29, 2016
JJW: seg

                                                            James J. Waldron
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Maria P. Sanchez  
    Debtor

Case No. 11-24991-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 29, 2016  
                       Form ID: clsnodsc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2016.  
db          +Maria P. Sanchez,    36 Walter Drive,    Jackson, NJ 08527-3418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 29 2016 23:15:29      U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 29 2016 23:15:24     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                                                                                                  TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2016 at the address(es) listed below:  
         Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo     docs@russotrustee.com  
         Brian C. Nicholas     on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com  
         Joshua I. Goldman     on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Kenneth S. Jannette     on behalf of Creditor    Vanda, LLC ken.jannette@gmail.com  
         Steven J. Abelson     on behalf of Debtor Maria P. Sanchez sjaesq@atrbklaw.com,   atrbk1@gmail.com  
                                                                                                                                                         TOTAL: 6