UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 11-24991 |
| MARIA SANCHEZ | Judge: | KCF |
| | Chapter: | 13 |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Maria Sanchez_____, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   ☐ I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is: 36 Walter Dr.
   Jackson NJ 08527

4. The name and address of my current employer is (enter NONE if not currently employed):
   Madcom Systems
   Stoney Brook Rd
   Howell, NJ 07731

I certify under penalty of perjury that the foregoing is true and correct.

Date: 8/2/16

Debtor's Signature: Maria Sanchez

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**

*Rev. 1/1/08*