Certificate Number: 05781-NJ-DE-027846755

Bankruptcy Case Number: 11-24991



05781-NJ-DE-027846755

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 2, 2016</u>, at <u>12:16</u> o'clock <u>PM PDT</u>, <u>Maria Sanchez</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>August 2, 2016</u>

By:   <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>