Robert A. Rich (RR 4892)
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1132
rrich2@hunton.com

*Attorneys for RBS Citizens*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Case No.: 11-24991 |
|---|---|
| Maria P. Sanchez | Chapter: 13 |
| Debtor(s). | Honorable Chief Judge Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, Christina Reeves, am a paralegal at Hunton & Williams LLP, counsel for RBS Citizens in the above-captioned proceeding.

2. On March 29, 2017, I served the following document to the party listed on the chart below: *Order Directing Redaction of Personal Information* [Docket No. 93].

3. I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated in the chart below.

Dated: March 29, 2017                    */s/ Christina Reeves*
                                          Christina Reeves

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Maria P. Sanchez<br>36 Walter Drive<br>Jackson, NJ 08527 | Debtor(s) | ☐ Hand delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other: <u>Overnight Delivery</u><br>   (as authorized by the court*) |
| Steven J. Abelson<br>Abelson Law Offices<br>80 West Main Street<br>PO Box 7005<br>Freehold, NJ 07728 | Counsel for the Debtor(s) | ☐ Hand delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other: <u>Overnight Delivery</u><br>   (as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Case Trustee | ☐ Hand delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other: <u>Overnight Delivery</u><br>   (as authorized by the court*) |